**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-2286**

---

In Re: SOUTHERN PACIFIC FUNDING CORPORATION,

Debtor.

---

BRENDA A. WALKER,

Plaintiff - Appellant,

versus

SOUTHERN PACIFIC FUNDING CORPORATION,

Claimant - Appellee,

and

CHICAGO TITLE FIELD SERVICE, INCORPORATED,

Defendant.

---

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Deborah K. Chasanow, District Judge. (CA-99-3814-DKC, BK-99-1059)

---

Submitted: January 31, 2001        Decided: February 22, 2001

---

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

―――――――――

Brenda A. Walker, Appellant Pro Se.  Michael Joshua Lichtenstein, SWIDLER, BERLIN, SHEREFF & FRIEDMAN, L.L.P., Washington, D.C., for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Brenda A. Walker appeals from the district court's orders: (1) affirming the bankruptcy court's entry of default judgment against her and (2) denying her motion for reconsideration. Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Walker v. Southern Pacific Funding Corp.</u>, Nos. CA-99-3814-DKC; BK-99-1059 (D. Md. filed Aug. 21, 2000; entered Aug. 22, 2000; Sept. 19, 2000). In light of this disposition, we deny Walker's motion to remand.[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] Chicago Title Field Service, Inc., has filed a request to dismiss a portion of appeal and to strike portions of Walker's informal brief. Because Chicago Title Field Service, Inc., is not a party to this appeal in this court, we deny the request.